IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO.: **7:13-CV-131-FL**

| | |
|---|---|
| James D. **PROULX**, for himself and all others similarly situated, *Plaintiffs* v. Joseph A. **GEMBALA**, III, *Defendant.* | **ORDER ON NAMED PLAINTIFF'S MOTION TO SEAL EXH. 23 PER L.R. 79.2** |

THIS CAUSE came on to be heard on Named Plaintiff's Motion to Seal, and upon thorough review of the court file and Exh. 23 requested to be sealed, this Court finds that Exh. 23 contains trade secrets relating to class administration services and pricing that create a countervailing privacy interest, and potential of harm to the bidders' businesses, sufficient to warrant an exception to the rule that court documents are publicly accessible. It is thereby ORDERED AND ADJUDGED that:

Named Plaintiff's Motion to Seal is hereby GRANTED and Exh. 23 shall be filed under seal, with access limited only to the parties and court personnel, until further order of Court. It is also ordered that DE7-3, mistakenly filed as a public document, be stricken from the record and only accessible to the parties and court personnel.

DONE AND ORDERED this 1st of October, 2013 by:

*/s/ Louise W. Flanagan*
___ U.S. District Judge, Eastern District of North Carolina